January 23, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE ESTATE OF BARBARA CHAPMAN, DECEASED

NO. 14-13-00041-CV

_____

This cause, an appeal from the judgment signed October 8, 2012 in favor of applicant Catherine C. Valby, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We order the judgment of the court below **REVERSED** and we **REMAND** the case for further proceedings not inconsistent with this opinion.

We order appellee, Catherine C. Valby, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.